United States Courts
Southern District of Texas
F I L E D

AO 241 (Rev. 09/17)

JAN 3 0 2023

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

~~Nathan Ochsner, Clerk of Court~~

| United States District Court | District: |
|---|---|

| Name (under which you were convicted): *Guillermo Flores Medina* | | Docket or Case No.: |
|---|---|---|
| Place of Confinement : *Terrell Unit-TDCJ*  *Bryan Collier-TDCJ Director* | | Prisoner No.: *02146747* |

| Petitioner (include the name under which you were convicted) | Respondent (authorized person having custody of petitioner) |
|---|---|

v.

*Guillermo Flores Medina*

The Attorney General of the State of:

**PETITION**

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:

    *183rd District Court Of Harris County, Texas*

    (b) Criminal docket or case number (if you know): *1521065*

2.  (a) Date of the judgment of conviction (if you know): *07-17-2017*

    (b) Date of sentencing: *07-17-2017*

3.  Length of sentence: *25 Years - TDCJ*

4.  In this case, were you convicted on more than one count or of more than one crime?  ☐ Yes  ☒ No

5.  Identify all crimes of which you were convicted and sentenced in this case: *1 Count Of*
    *Possession Of Controlled Substance.*

6.  (a) What was your plea? (Check one)

    ☒ (1)  Not guilty       ☐ (3)  Nolo contendere (no contest)

    ☐ (2)  Guilty           ☐ (4)  Insanity plea

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? *Only Have 1 Count. I Plea Not Guilty.*

(c) If you went to trial, what kind of trial did you have? (Check one)

☒ Jury     ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes     ☒ No

8. Did you appeal from the judgment of conviction?

☒ Yes     ☐ No

9. If you did appeal, answer the following:

(a) Name of court: *14th District OF Houston, Texas*

(b) Docket or case number (if you know): *14-17-00611-CR*

(c) Result: *Affirmed*

(d) Date of result (if you know): *December 18, 2018*

(e) Citation to the case (if you know): *Unknown*

(f) Grounds raised: *First: Court Abused Its Discretion Denying Motion To Suppress Evidence, During Warrantless Search of Vehicle. Second: Evidence Was Insufficient For Possession Conviction. Evidence Fails To Establish Intentionally And knowingly Possessed Contraband.*

(g) Did you seek further review by a higher state court?     ☒ Yes     ☐ No

If yes, answer the following:

(1) Name of court: *Texas Criminal Court OF Appeal*

(2) Docket or case number (if you know): *PD-0040-19*

(3) Result: *Refused. Didn't Notifying Me.*

AO 241 (Rev. 09/17)

(4) Date of result (if you know): 03-27-2019

(5) Citation to the case (if you know): Unknown

(6) Grounds raised: First: Court Abused It's Discretion Denying Motion To Suppress Evidence, During Warrantless Search Of Vehicle. Second: Evidence Was Insufficient For Possession Conviction. Evidence Fails To Establish Intentionally And Knowingly Possessed Contraband.

(h) Did you file a petition for certiorari in the United States Supreme Court?    ☐ Yes    ☒ No

If yes, answer the following:

(1) Docket or case number (if you know): N/A

(2) Result: N/A

(3) Date of result (if you know): N/A

(4) Citation to the case (if you know): N/A

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?    ☒ Yes    ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: 183th District Criminal Court - Harris County Texas.

(2) Docket or case number (if you know): 1521065-A

(3) Date of filing (if you know): 10-11-2022

(4) Nature of the proceeding: State Findings Of Fact-Conclusion Of Law And order.

(5) Grounds raised: Six: Lacked Probable Cause, Warrantless Search, Lacked Reasonable Suspicion To Initiate Narcotics Search, Unlawful Prolonged Detention, Insufficient OF The Evidence, And Ineffective Assistance OF Counsel.

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☒ No

(7) Result: Requested Habeas Corpus 11.07 Relief Be Denied.

AO 241 (Rev. 09/17)

    (8) Date of result (if you know): _12-21-2022 (Tex. Crim. App) Deny Me WR-23,873-03_

(b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court: _____ N/A _____

    (2) Docket or case number (if you know): _____ N/A _____

    (3) Date of filing (if you know): _____ N/A _____

    (4) Nature of the proceeding: _____ N/A _____

    (5) Grounds raised: _____ N/A _____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ❏ Yes   ❏ No   N/A

    (7) Result: _____ N/A _____

    (8) Date of result (if you know): _____ N/A _____

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court: _____ N/A _____

    (2) Docket or case number (if you know): _____ N/A _____

    (3) Date of filing (if you know): _____ N/A _____

    (4) Nature of the proceeding: _____ N/A _____

    (5) Grounds raised: _____ N/A _____

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes     ☐ No     *N/A*

(7) Result: _____ *N/A* _____

(8) Date of result (if you know): _____ *N/A* _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:     ☐ Yes     ☒ No

(2) Second petition:     ☐ Yes     ☒ No

(3) Third petition:     ☐ Yes     ☒ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_I Did According Texas Criminal Procedure. Trial Court, 14th District of Houston_
_And Direct Appeal To Criminal Court of Appeals, Habeas Corpus 11-07._

12.     For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:**     _No Probable Cause._

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_I Didn't Commit Any Criminal Violation In The Officers Presence. I Did Have A_
_License Plate On The Windshield When Officers Stopped Me. They Didn't Found Anything_
_Illegal After More Of 45 Minutes Of Illegal Searching For Them To Call The k-9_
_That Arrived More Than 30 Minutes Later._

(b) If you did not exhaust your state remedies on Ground One, explain why:     _I Did It - From The_
_Begining Of My Incarceration._

AO 241 (Rev. 09/17)

(c)    **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☑ Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _I Did It._

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state: _Yes. I Did It._

Type of motion or petition: _Habeas Corpus 11.07_

Name and location of the court where the motion or petition was filed: _183th District Court of Harris County, Texas._

Docket or case number (if you know): _No. 1521065-A_

Date of the court's decision: _12-21-2022_

Result (attach a copy of the court's opinion or order, if available): _State Requested Habeas Corpus 11.07 Relief Be Denied To Texas Criminal Court of Appeals. WR-23,873-03_

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☑ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:    _N/A_

Name and location of the court where the appeal was filed: _N/A_

Docket or case number (if you know): _N/A_

Date of the court's decision: _N/A_

Result (attach a copy of the court's opinion or order, if available): _N/A_

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_I Just Doing Habeas Corpus 28 USC 2254. Lack Of Records, Money, Medical Issues And Court Misconduct._

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: *Habeas Corpus 11.07*

**GROUND TWO:**  *No Search Warrant.*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

*Only Evidence Was Seized In Violation of My Constitutional Rights. K-9' Officer Fail To Comply With Government Policy. Vehicle Was Broke-Unmobile. I Was On Handcuffs Inside Police Car For Hours. Automobile Exception Is Inapplicable. SUV And I Was On Law Restrains.*

(b) If you did not exhaust your state remedies on Ground Two, explain why: *I Did, On Every Step.*

(c)  **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☒ Yes  ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:  *N/A*

(d)  **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes  ☐ No

(2) If your answer to Question (d)(1) is "Yes," state: *Yes. I Did.*

Type of motion or petition: *Habeas Corpus 11.07*

Name and location of the court where the motion or petition was filed: *183ᵗʰ District Court OF Harris County, Texas*

Docket or case number (if you know): *No. 1521065-A*

AO 241 (Rev. 09/17)

Date of the court's decision: *12-21-2022*

Result (attach a copy of the court's opinion or order, if available): *State Requested Habeas Corpus 11.07 Relief Be Denied To Texas Criminal Appeals WR-23,873-03*

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☒ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☒ No

(6) If your answer to Question (d)(4) is "Yes," state: *N / A*

Name and location of the court where the appeal was filed: *N / A*

Docket or case number (if you know): *N / A*

Date of the court's decision: *N / A*

Result (attach a copy of the court's opinion or order, if available): *N / A*

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

*I Just Ooing Habeas Corpus 28 USC 2254. Lack OF Records, Money, Medical Issues, And Court Misconduct.*

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two : *Habeas Corpus 11.07*

**GROUND THREE:**    *Insufficient Evidence.*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

*Evidence Was Insufficient To Establish Intentionally, knowingly Possession OF Heroin. Evidence Fails To Establish Beyond A Reasonable Doubt. No Rational Fact Finder Could Have Legally Found Essential Elements For Favorable Verdict.*

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: *Yes. I Did It From The Begining.*

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☒ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: *I Did It.*

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?   ☒ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state: *Yes. I Did It.*

Type of motion or petition: *Habeas Corpus 11.07.*

Name and location of the court where the motion or petition was filed: *183th District Court OF Harris County Texas.*

Docket or case number (if you know): *NO. 1521065-A*

Date of the court's decision: *12-21-2022*

Result (attach a copy of the court's opinion or order, if available): *State's Requested Habeas Corpus 11.07 Relief Be Denied To Texas Criminal Court OF Appeals. WR-23,813-03*

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☒ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☒ No

(6) If your answer to Question (d)(4) is "Yes," state: *N/A*

Name and location of the court where the appeal was filed: *N/A*

Docket or case number (if you know): *N/A*

Date of the court's decision: *N/A*

Result (attach a copy of the court's opinion or order, if available): *N/A*

se

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

I Just Doing Habeas Corpus 28 USC 2254. Lack of Records,
Money, Medical Issues, And Court's Misconduct.

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: Habeas Corpus 11.07.

**GROUND FOUR:** Traffic Violation.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

There Is No Legal Justification For A Traffic Violation. Front License
Plate Was Visible Inside Windshield And Suv Didn't Have Front Bumper
At That Minute. Illegally They Used The Excuse For Fishing Expedition
For Unrelated Criminal Activity.

(b) If you did not exhaust your state remedies on Ground Four, explain why: I Did It.

(c)   **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☒ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: N/A

(d)   **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state: Yes. I Did It.

Type of motion or petition: Habeas Corpus 11.07.

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed: 183rd District Court
OF Harris County, Texas.

Docket or case number (if you know): No, 1521065-A

Date of the court's decision: 12-21-2022

Result (attach a copy of the court's opinion or order, if available): State Requested Habeas
Corpus 11.07 Relief Be Denied To Texas Criminal Court OF Appeals.
WR-23,813-03

(3) Did you receive a hearing on your motion or petition?        ☐ Yes    ☒ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☒ No

(6) If your answer to Question (d)(4) is "Yes," state:   N / A

Name and location of the court where the appeal was filed:        N / A

Docket or case number (if you know):    N / A

Date of the court's decision:        N / A

Result (attach a copy of the court's opinion or order, if available):        N / A

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

I Just Doing Habeas Corpus 28 USC 2254, Lack OF
Records, Money, Medical Issues, And Court
Misconduct.

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you
have used to exhaust your state remedies on Ground Four: Habeas Corpus 11.07.

AO 241 (Rev. 09/17)

13.  Please answer these additional questions about the petition you are filing:

(a)  Have all grounds for relief that you have raised in this petition been presented to the highest state court
having jurisdiction?  ☐ Yes  ☒ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not

presenting them:  _Ground Seven: I Don't Have Any Case Records-Never Thought_
_The Court's Judge Was Going To Give A False Statement And False Exhibit_
_Form. I Didn't Found out until now I Received states Court Denial._
_"Trial Judge Bad Conduct Is My Ground Seven."_

(b)  Is there any ground in this petition that has not been presented in some state or federal court?  If so, which

ground or grounds have not been presented, and state your reasons for not presenting them:

_Ground Seven: Trial Judge Illegal Bad Conduct."_
_I Didn't Have Any Facts or False Judge' statements on Hand._
_As I Do Now._

14.  Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction

that you challenge in this petition?  ☐ Yes  ☒ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues

raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy

of any court opinion or order, if available.  _N / A_ _____

_____

_____

_____

_____

_____

15.  Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for

the judgment you are challenging?  ☐ Yes  ☒ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues

raised.  _N / A_ _____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

16.    Give the name and address, if you know, of each attorney who represented you in the following stages of the
judgment you are challenging:

(a) At preliminary hearing:  *Mr. Jason Luong - Now A District Judge.*

(b) At arraignment and plea:  *Mr. Jason Luong - Now A District Judge.*

(c) At trial:  *Mr. Jason Luong - Now A District Judge.*

(d) At sentencing:  *Mr. Jason Luong - Now A District Judge.*

(e) On appeal:  *Mrs. Keisha Smith For 14th District Of Houston, Texas*

(f) In any post-conviction proceeding:  *Pro Se - Habeas Corpus 11.07*

(g) On appeal from any ruling against you in a post-conviction proceeding:  *Pro Se-Habeas Corpus 11.07.*

17.    Do you have any future sentence to serve after you complete the sentence for the judgment that you are
challenging?        ☐ Yes    ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

*N / A*

(b) Give the date the other sentence was imposed:  *N / A*

(c) Give the length of the other sentence:  *N / A*

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the
future?        ☐ Yes    ☐ No    *N / A*

18.    TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain
why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

*Crim. Court Of Appeals Never Sent Me notification Of Their Refusal. I'm Sending You Letters I Sent Them And Their Responce. Also without notice U.S. Marshall Picked Me up on Coffield Unit-TDCJ July 2021. Didn't Got Back To TDCJ Till May 06, 2022 After Government Request To Dismiss Case with Prejudice. I Didn't Have Any Personal Property - TDCS Lost Lot Of Property.*

AO 241 (Rev. 09/17)

I Didn't Have A Source To Continue With My State Appeal. I Didn't know was Refusal – was kind of Late For A Re-Hearing or Anything. Especially Since I was on Federal Custody Without My Personal Property For Federal charges That I Never Commit. Thanks God. My Jehovah Touch Government 'Prosecutors' Heart And Request Judge To Dismiss My Case With Prejudice.

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1)  A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of –

(A)  the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B)  the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C)  the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D)  the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

(2)    The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: *Habeas Corpus 28 USC 2254*

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on *Jan. 26, 2023* (month, date, year).

Executed (signed) on *Jan. 26, 2023* (date).

*Guillermo Flores Molina*
_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.