Case 4:23-cv-00334   Document 20   Filed on 10/31/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 31, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WILLIE MEDINA, also known as GUILLERMO FLORES MEDINA, TDCJ #02146747, | § § § § | |
| Petitioner, | § § | |
| VS. | § | CIVIL ACTION NO. H-23-0334 |
| BOBBY LUMPKIN, | § § § | |
| Respondent. | § | |

## FINAL JUDGMENT

For the reasons set forth in the Court's Memorandum and Order signed on this day, this case is **DISMISSED** with prejudice as barred by the statute of limitations.

A certificate of appealability is **DENIED**.

This is a **FINAL JUDGMENT**.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this 31ST day of October, 2023.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE